UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LISA L. JORDAN, | ) | Case No. 06cv1160-L (BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY** |
| | ) | **SANCTIONS SHOULD NOT BE** |
| v. | ) | **IMPOSED** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

On September 13, 2006, this Court issued an Order Setting Briefing Schedule and Hearing Date on Cross-Motions for Summary Judgment in this social security case. Doc. No. 12. In that Order, Plaintiff was to file a motion for summary judgment on or before October 12, 2006. Id. To date, Plaintiff has failed to file any such motion.

Civil Local Rule 7.1(f)(2)(b) provides that "[a] movant's failure to file any papers required under the local rules may be deemed as a waiver of the motion, or other request for ruling by the court." See CivLR 7.1(f)(2)(b). Moreover, Civil Local Rule 41.1(b) provides that "[f]ailure to comply with the provisions of the local rules of this court may also be grounds for dismissal

1 under this rule." See CivLR 41.1(b).

2 Therefore, it is hereby ordered that Plaintiff and her counsel
3 appear before the Honorable Barbara L. Major on **November 21, 2006**
4 at **9:00 a.m.** in Courtroom A, U.S. District Court, 940 Front Street,
5 San Diego, California 92101 to show cause why this case should not
6 be dismissed and/or why sanctions should not be imposed for failing
7 to follow this Court's Order.  Plaintiff and her counsel shall file
8 any declarations regarding their failure to comply with this
9 Court's order on or before **November 7, 2006.**

10 **IT IS SO ORDERED.**

11 DATED:   October 27, 2006

13 BARBARA L. MAJOR
United States Magistrate Judge

17 COPY TO:

18 HONORABLE M. JAMES LORENZ
U.S. DISTRICT JUDGE

19 ALL COUNSEL