1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA L. JORDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of Social Security<br><br>        Defendant. | CIVIL NO. 06cv1160 L (BLM)<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. §2412(d)] |

    Good cause appearing, **IT IS ORDERED** that the joint motion of the parties, for Attorney fees in the amount of $3,900.00, payable to Thomas G. Roche, be granted.

    **IT IS SO ORDERED**.

DATED: March 9, 2007

                                                          M. James Lorenz<br>
                                                          United States District Court Judge

---

[1]     Michael J. Astrue became the Commissioner of Social Security February 12, 2007.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28